UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SOUTHERN FARM BUREAU LIFE
INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                                                  Case. No.:3:05-cv-205-J-20TEM

**GINGER L. BARBOUR, in her personal
capacity, and in representation of the minors
DEVON JAMES BARBOUR-MARTIN; and
LOGAN LEIGH BARBOUR-MARTIN; and
the ESTATE OF JAMES E. MARTIN,**

    **Defendants.**

_____/

## ORDER

The Court will conduct a status conference on **Thursday, December 1, 2005 at 10:45 a.m.** in Courtroom 10C, with counsel for Defendants. Counsel for Plaintiffs need not attend.

**DONE AND ENTERED** at Jacksonville, Florida, this _1st_ day of November, 2005.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**

Kathy Billings, Esq.
Russell Scott Buhite, Esq.
Ivan K. Clements, Jr., Esq.
Timothy R. Fiedler, Esq.
Garry Randolph, CRD