UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2005 NOV -9 P 1: 19

**SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY,**

    **Plaintiff,**

v.                                              Case. No.:3:05-cv-205-J-20TEM

**GINGER L. BARBOUR, in her personal capacity, and in representation of the minors DEVON JAMES BARBOUR-MARTIN; and LOGAN LEIGH BARBOUR-MARTIN; and the ESTATE OF JAMES E. MARTIN,**

    **Defendants.**

_____/

## ORDER

Before the Court is Plaintiff's Motion for Final Judgment of Discharge and Injunctive Relief (Doc. No. 19, filed October 13, 2005), to which no response has been filed. Pursuant to Court Order (Doc. No. 17, filed September 13, 2005), granting Plaintiff's Motion to Deposit Funds, Plaintiff deposited interpleader funds in the amount of $278,518.59 on October 5, 2005, into the Court's registry. These funds represent the life insurance proceeds, which were the subject of this interpleader action.

Plaintiff has paid the amount of life insurance proceeds into the Court's registry and therefore avers that it is entitled to discharge from this action. See Liberty Life Assur. Co. of Boston v. Kennedy, 358 F.3d 1295, 1299 (11th Cir. 2004) (After filing an interpleader action, plaintiff was permitted to deposit $1,376,858.29 into the registry of the court, be reimbursed $10,000 for its attorneys' fees and costs, and be dismissed from the case.). Plaintiff also submits

a request for attorneys' fees in the amount of $8,305.00 and costs in the amount of $581.63, payable out of the funds deposited in the Court's registry. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1) Plaintiff is awarded attorneys' fees and costs in the amount of $8886.63 and the Clerk is directed to pay such amount directly to Plaintiff out of the life insurance proceeds deposited in the Court's registry;

(2) Defendants are **ENJOINED** from making any further claims against Plaintiff in relation to the benefits payable under the life insurance policy;

(3) Plaintiff is **DISMISSED** from this action.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of November, 2005.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**

Kathy Billings, Esq.
Russell Scott Buhite, Esq.
Ivan K. Clements, Jr., Esq.
Timothy R. Fiedler, Esq.
Garry Randolph, CRD